4-19-cv-234

To Federal Court          From Cameron Chrisp
Date 7-26-19    * email: cameronchrisp2015@gmail.com
           CC        # 515 575 9493
1983 Action                (pro se)

I request a hearing in the form of ~~PLRA~~ as a disadvantaged person & prisoner at the time of my rights violation. This violation occurred around July 13, 2014 in the Polk County Corrections until the time of my release 15 days later. This violation of my Constitutional rights (medical) as I was ~~~~ admitted or booked into Jail on opiates under the medical treatment of a doctor at time. I brought all prescriptions into Jail ~~~~ with me along with all of my medical information on my chronic conditions & medications. I was denied my medications & medical treatment. As a result I was forced to go through withdraw the entirety of my stay without appropriate or adequate medical treatment as the Jail record will indicate. At the time I was under such distress that my Mental Health was impaired, over looking the grievance process. ~~I am seeking damages,~~ ~~~~

* As a person unable [ILLEGIBLE] I can not be denied a hearing as my Constitutional Right
* I currently still ~~suffer~~ from the same disabilities
* I have no income

To Federal Court          From Cameron Chrisp
Date  7-26-19

    I request a hearing Pro Se without a Attorney, representing myself for a Medical Constitutional Rights violation while in Polk County Jail for which I seek Damages. I was denied my Medications + Adequate Medical treatment my entire lodging at this Jail on July 13, 2014 on.

As a person unable to pay I can not be denied a hearing as my Constitutional Right.

* I currently still suffer from the same disabilities

I have no income.

Jail Records will support my claims.

I request my case & personal info to be kept confidential due to being a public figure in the Combat Sports Media/Community. Also for my protection & safety combined with possible future career ventures.

        sincerely
        Cameron Chrisp
        515 518 7473